UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA, :
:
      Petitioner, :
:
v. : CASE No. 8:07-MC-51-T-17TGW
:
MICHAEL R. WISE, :
:
      Respondent. :
_____:

## REPORT AND RECOMMENDATION

The United States of America seeks to enforce in this suit an Internal Revenue Service (IRS) summons served upon the respondent, Michael R. Wise (Doc. 1). For the following reasons, I recommend that the summons be enforced.

In this case, a petition was filed stating that an investigation was being conducted into the collection of tax liability of the respondent for the years 1996, 1997, and 1998. It was alleged further that the respondent was in possession of books, records, papers or other data concerning the investigation and that a summons was issued by the IRS directing the respondent to appear before a revenue officer and give testimony and produce documents for examination. The respondent appeared in response to the summons, but failed to fully comply with the summons.

The revenue officer has filed a declaration under penalty of perjury stating that the remaining documents, as well as the respondent's testimony, are necessary to complete the investigation into the collection of the respondent's tax liability for the years 1996, 1997 and 1998 (Doc. 1-2). The declaration alleges further that the documents sought are not already in the possession of the IRS, and that all administrative steps required by the IRS for the issuance of a summons have been taken. It adds that a Justice Department referral is not in effect for the years in issue.

An Order to Show Cause was issued directing the respondent to file a written response within twenty (20) days of service (Doc. 3). The order further directed that, should the respondent raise any objection to the enforcement of the summons, he should appear for a hearing on August 17, 2007, at 10:30 A.M., to show cause why the summons should not be enforced (id.). Thereafter, the Government requested that the show cause hearing be continued (Doc. 4). That request was granted and the hearing was rescheduled for August 23, 2007, at 10:30 A.M. (Doc. 5). The respondent did not file a written response, but did appear at the time scheduled for the hearing. The respondent at the hearing indicated that he was willing to comply with the summons.

The Supreme Court held in United States v. Powell, 379 U.S. 48, 57-58 (1964), that a summons is to be enforced upon a showing "that the investigation will be conducted pursuant to a legitimate purpose, that the inquiry may be relevant to the purpose, that the information sought is not already within the [IRS's] possession, and that the administrative steps required by the Code have been followed." In this case, the Government has made such a showing through the petition and the verified declaration. See United States v. Southeast First National Bank of Miami Springs, 655 F.2d 661, 664 (5th Cir. 1981). As indicated, the respondent has agreed to comply with the summons.

I therefore recommend that the respondent be ordered to comply with the IRS summons served upon him. At the hearing, the Government suggested that the respondent be given thirty days from the entry of an Order in which to comply with the summons. The respondent agreed with this time frame.

Respectfully submitted,

_____
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE

DATED: August 24, 2007

-2-

## NOTICE TO PARTIES

Failure to file written objections to the proposed findings and recommendations contained in this report within ten days from the date of its service shall bar an aggrieved party from attacking the factual findings on appeal. 28 U.S.C. 636(b)(1).