UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Petitioner,

v.   CASE NO. 8:07-MC-51-T-17TGW

MICHAEL R. WISE,

    Respondent.

_____/

ORDER

This cause is before the Court on:

Dkt. 1 Petition to Enforce Internal Revenue Service Summons
Dkt. 8 Report and Recommendation

This case is an action for judicial enforcement of an Internal Revenue Service Summons.  The assigned Magistrate Judge conducted a hearing on August 23, 2007, and has issued a Report and Recommendation (Dkt. 8).

The Court has independently examined the pleadings.  No objection to the Report and Recommendation has been filed.  After consideration, the Court adopts the Report and Recommendation, and incorporates it herein by reference.  Accordingly, it is

**ORDERED** that the Report and Recommendation is **adopted and incorporated** herein.  Respondent **is directed** to comply with the IRS summons within thirty days of the date of this Order.  Respondent shall appear before Revenue Officer C. Austen, or any other designated officer of the Internal Revenue Service, at such

Case No. 8:07-MC-51-T-17TGW

time or place as may hereafter be fixed by Revenue Officer Austen or her designee, to give testimony and produce for examination and copying the books, records, papers and other data as demanded by the summons.

**DONE and ORDERED** in Chambers, in Tampa, Florida on this 11th day of September, 2007.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and counsel of record